FILED
2017 Jan-27  AM 10:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CAROLYN JEFFERSON, as the personal representative of the Estate of Tanisha Jefferson,<br><br>　　　Plaintiff<br><br>v.<br><br>MADISON COUNTY, ALABAMA; et al.,<br><br>　　　Defendants. | CASE NO. 5:14-cv-01959-AKK |

**PLAINTIFF'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURES**

Plaintiff supplements her expert disclosures as follows:

6. **Mark Patterson, M.D.**
   University of Alabama at Birmingham
   Department of Surgery
   Division of Vascular Surgery and Endovascular Therapy
   BDB 503
   1720 2nd Avenue South
   Birmingham, Alabama 35294-0012
   205-934-2006

   a. **Opinions**

Dr. Patterson's opinions and the reasons for them are set forth in his expert report, which is attached as Exhibit 2A.

   b. **Facts and Data Considered**

The facts and data considered by Dr. Patterson in the formulation of his opinions are identified in his report.

      **c.**      **Exhibits Used to Summarize Opinion**

Dr. Patterson has not prepared any exhibits to summarize or support his opinions.

      **d.**      **Qualifications**

Dr. Patterson's qualifications are set forth in his curriculum vitae, which is attached as Exhibit 2B.

      **e.**      **Other Cases**

Not applicable.

      **f.**      **Compensation**

Dr. Patterson is being paid $500/hour.

Respectfully submitted,

s/ Henry F. (Hank) Sherrod III
Henry F. (Hank) Sherrod III
No. ASB-1200-D63H
HENRY F. SHERROD III, P.C.
119 South Court Street
P. O. Box 606
Florence, Alabama 35631-0606
Phone: 256-764-4141
Fax: 877-684-0802
Email: hank@alcivilrights.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on January 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                            s/ Henry F. (Hank) Sherrod III