Mark A. Patterson, M.D.
Page 1 of 22

Curriculum Vitae

Exhibit 2B

## MARK A. PATTERSON MD, FACS

**PERSONAL**

**Department**        University of Alabama at Birmingham
                      Department of Surgery
                      Division of Vascular Surgery and Endovascular Therapy

Mailing Address       BDB 503
                      1720 2nd Avenue South
                      Birmingham, AL 35294-0012

Street Address        Boshell Diabetes Building
                      1808 7th Avenue South
                      Phone:    205-934-2006
                      Fax:      205-975-6383
                      E-mail:   mapatterson@uabmc.edu

**Hospital Affiliation**  University Hospital
                      1802 6th Avenue South
                      Birmingham, Alabama  35233

                      The Kirklin Clinic of UAB Hospital
                      2000 6th Avenue South
                      Birmingham, AL 35233

                      Birmingham VA Medical Center
                      700 South 19th St.
                      Birmingham, Alabama  35233

                      Children's of Alabama
                      1600 7th Avenue South
                      Birmingham, Alabama  35233

**Citizenship**       USA

Mark A. Patterson
Page 2 of 22

## EDUCATION:

| | | |
|---|---|---|
| June 1990 – May 1994 | Doctor of Medicine | Bowman Gray School of Medicine Winston-Salem, NC |
| Sept. 1986 – May 1990 | Bachelor of Science – Chemistry | Furman University Greenville, SC |

## LICENSURE:

September 1995 – Present    Alabama (19396)
June 2001 – April 2003      South Carolina (22296)
March 1999 – July 2001      Wisconsin (41014-020)

## CERTIFICATION:

May 2002    American Board of Surgery, additional certification in Vascular Surgery (101166)
Recertification 07/2012 - 2022

April 2000    American Board of Surgery – General Surgery (45005)
Recertification 07/2010 - 2020

1994 – 2005    Advanced Trauma Life Support

1993 – 2005    Advanced Cardiac Life Support

## POSTDOCTOAL TRAINING:

| | | |
|---|---|---|
| July 1999 – June 2001 | Fellow, Vascular Surgery | Medical College of Wisconsin Milwaukee, WI |
| June 1998 – June 1999 | Administrative Chief Resident | University of Alabama at Birmingham Department of General Surgery Birmingham, AL |
| June 1994 – June 1999 | Resident in General Surgery | University of Alabama at Birmingham Department of Surgery Birmingham, AL |

**ACADEMIC APPOINTMENTS:**

Associate Program Director
Vascular Surgery Fellowship / Residency
University of Alabama at Birmingham
October 2016 – Present

Medical Director, Vascular Lab
The Kirklin Clinic
January 2016 – Present

Associate Professor
Department of Surgery
Division of Vascular Surgery
University of Alabama at Birmingham
2013 – Present

Medical Director, Division of Vascular Surgery Endovascular Therapy Clinics
The Kirklin Clinic
Division of Vascular Surgery
2011 – 2015

Chief of Vascular Surgery
Birmingham Veterans Administration Medical Center
2003 – Present

Assistant Professor
Department of Surgery
Section of Vascular Surgery
University of Alabama at Birmingham
2003 – 2013

Associate Program Director
Vascular Surgery Residency
University of Alabama at Birmingham
2005 – 2010

**HOSPITAL APPOINTMENTS:**

Attending Surgeon
University of Alabama at Birmingham Hospital
Section of Vascular Surgery
April 2003 – Present

Attending Surgeon, Chief of Vascular Surgery
Veteran's Administration Hospital
April 2003 – Present

Attending Surgeon
Anderson Area Medical Center, Anderson Surgical Associates
Anderson, South Carolina
August 2001 – April 2003

## AWARDS / HONORS:

**Undergraduate:**       Cum laude, B.S. Chemistry
Phi Eta Sigma – Freshman Honor Society
Alpha Epsilon Delta Scholar
Furman Advantage Research Grant
Outstanding College Student Association

**Post-Graduate:**       Administrative Chief Resident 1998-1999
University of Alabama, Birmingham

1999 James G. Donald Resident's Award for Best Clinical Paper:
*Preoperative Vein mapping Predicts Lower Extremity Arterial Graft Patency.*   Alabama Chapter, American College of Surgeons Annual Meeting, April 1999

Best Resident Clinical Research Paper and Presentation:
Resident Research Day, University of Alabama, Birmingham Division of General Surgery; May 1999

President's Award for Best Paper and Presentation by new Members of Southern Association of Vascular Surgery-award received in association with William D. Jordan, Jr., M.D. (principal investigator and new member of society) May 1999

## PROFESSIONAL SOCIETIES:

Alabama Vascular Surgery
American College of Surgeons – Fellow 2006
American Medical Association
Diplomate, American Board of Surgery
Jefferson County Medical Society
Medical Association of Alabama
Peripheral Vascular Surgery Society
Southern Association for Vascular Surgery
Southeastern Surgical – Fellow
Society for Vascular Surgery

**PROFESSIONAL ACTIVITIES - JOURNAL – PEER REVIEWER**

> Journal Vascular Surgery
>> Distinguished Reviewer - 2012, 2013
>> Key Reviewer - 2014, 2015
>
> Annals of Vascular Surgery
> American Journal of Surgery
> Annals of Surgery

**COMMITTEES:**

> Veterans Administration Hospital
> Radiation Safety Committee
> January 2016 – present
>
> Veterans Administration Hospital
> Fluoroscopy Committee
> 2012 – Present
>
> *Synopsis:* Editorial Committee
> 2011 – 2015
>
> Medical Director's Council Committee
> University of Alabama Health Services Foundation
> 2011 – Present
>
> Veterans Administration Hospital
> Operating Room Committee
> 2010 – Present
>
> Undergraduate Medical Education Program Committee for
> Department of Surgery Residency
> University of Alabama Hospital
> September 2006 - 2008
>
> Palliative Care Unit Physician Task Force
> University of Alabama Hospital
> February 2005 – 2007
>
> Program Directors Committee
> University of Alabama Hospital
> January 2005 - 2010

## TEACHING ACTIVITIES- MEDICAL SCHOOL:

Surgery Clerkship Program Medical Student Preceptor for
General Surgery Third Year Rotation
2005 – Present

Mock Orals, General Surgery Residents
2005 - Present

Surgery Clerkship Program – Medical Student Lecture
2005 - Present

## TEACHING ACTIVITIES- MISCELLANOUS:

Mock Oral Examiner
Southern Association of Vascular Surgery Annual Meeting
2004, 2006-2010, 2012, 2014-2015

Audit Committee
Southern Association of Vascular Surgery Annual Meeting
January 2008

Invited Discussant
Peripheral Vascular Surgery Society Spring Meeting
2006, 2007, 2011

Invited Discussant
Southern Association for Vascular Surgery
January 2011

Spring Meeting Program Committee Chairman
Peripheral Vascular Surgery Society
2011

## COMMUNITY ACTIVITIES:

Deacon, Mountain Brook Baptist Church
2006-present

Altamont Parent's Association
2009-present

Alabama13.com –Daytime Alabama Health
Peripheral Vascular Disease
September 2011

**GRANT SUPPORT:**

2001    Sub-Investigator.  Sankyo:  Randomized Double Blind Placebo Control Parallel Group comparative Study of CS866-422 in Patients with Established Atheroscleosis.

2002    Sub-Investigator.  Cordis, a Johnson & Johnson Company:  A Prospective, Multicenter Study of the Cordis Endovascular Quantum LPTM Stent Graft System for the Treatment of Abdominal Aortic Aneurysm.

2002    Sub-Investigator.  Medtronic:  A Prospective, Multicenter, Non-Randomized Registry to Evaluate the Safety and Efficacy of the Medtronic AVE Bridge SE Self-Expanding Stent Delivery System in Subjects with De Novo and Restenotic Lesions of the Iliac Arteries. (ISIS).

2002    Principal Investigator.  Veterans' Affairs Cooperative Studies Program, CPS #498, A Randomized Controlled Trial to Compare Elective Open vs. Endovascular Repair of Abdominal Aortic Aneurysm (AAA) – OVER Trial, Birmingham VA Medical Center, Birmingham, AL.

2004    Sub-Investigator.  W. L. Gore & Associates, Inc.:  TAG 04-02.  Treatment IDE for use of the Gore Tag Thoracic Endoprosthesis in Subjects with Descending Thoracic Aortic Aneurysms Requiring Surgical Repair.

2005    Sub-Investigator.  Guidant Corporation:  A Post-Approval Study of the Guidant Carotid Stent Systems and Embolic Protection Systems (Carotid RX Acculink/Accunet Post-Approval Trial to Uncover Unanticipated or Rare Events – "CAPTURE").

2005    Sub-Investigator.  Valentis, Inc.: A Phase II, Multi-center, Randomized, Double-Blind, Placebo-Controlled Trial of VLTS-934 in Subjects with Intermittent Claudication Secondary to Peripheral Arterial Disease.

2005    Sub-Investigator. ZymoGenetics, Inc.: A Phase 3, Randomized, Double-Blind, Controlled, Comparative Efficacy and Safety Study of Topical Recombinant Human Thrombin (rhThrombin) and Thrombin-JMI (Bovine Thrombin) in Surgical Hemostasis,

2005    Sub-Investigator. Medtronic Vascular Inc.: The PIVOTAL Study:  Positive Impact of Endovascular Options for Treating Aneurysms Early.

2006    Sub-Investigator.  Abbott Laboratories:  Abbott Vascular, Emboshield and Xact Post Approval Carotid Stent Trial:  The EXACT Study.

2006    Sub-Investigator.  Nuvelo, Inc.: Phase 3, Multicenter, Multi-National, Randomized, Partial Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Alfimeprase in Subjects with Acute Peripheral Arterial Occlusion (NAPA-2).

2006    Sub-Investigator.  W.L. GORE: The Embolic Protection with Reverse Flow (EMPIRE) Study of the Neuro Protection System in Carotid Stenting of Subjects at high Risk for Carotid Endarterectomy.

2006    Sub-Investigator.  Medtronic Vascular Inc.: Valor II: The Valiant Thoracic Stent Graft System Clinical Study.

2006    Sub-Investigator.  Lombard Medical Technologies: PYTHAGORAS: Prospective aneurysm trial: High angle AORfix bifurcated stent graft.

2007    Sub-Investigator.  CVRx:  Rheos™ Feasibility Trial: A Study of Baroreflex Hypertension Therapy in Refractory Hypertension.

2007    Sub-Investigator.  Cordis:  SAPPHIRE:  Stenting and Angioplasty with Protection in Patients at High- Risk for Endarterectomy.

2007    Sub-Investigator.  Talecris:  A Sequential Phase I/II Dose Escalation and Dose Selection Safety Study   of Regional Intra-Thrombus Plasmin (Human) Infusion In Acute Lower Extremity Native Artery or Bypass Graft Occlusion –"PRIORITY" (Plasmin Revascularization By intra-thrombus Infusion For the Ischemic Lower Extremity).

2007    Sub-Investigator. W.L. GORE & Associates, Inc.: Evaluation of the GORE TAG™ Thoracic Endoprosthesis 45mm for the Primary Treatment of Aneurysms of the Descending Thoracic Aorta.

2007    Sub-Investigator.  Bolton Medical, Inc.:  Study of the Safety and Efficacy of the Relay™ Thoracic Stent Graft in Patients with Thoracic Aortic Pathologies.

2008    Sub-Investigator. Abbott Vascular Inc.:  Carotid Stenting for High Risk Surgical Risk Patients. Evaluating Outcomes Throuth the Collection of Clinical Evidence. (CHOICE).

2008    Sub-Investigator. Endologix, Inc.:  34mm Cuff Study-Continued Access CP03-023CA

2008    Sub-Investigator.  Aptus Endosystems, Inc.: STAPLE - 2 The Pivotal Study of the Aptus Endovascular AAA Repair System.

2008    Sub-Investigator.  W.L. GORE & Associates, Inc.:  Comparison of Primary Patency Between GORE PROPATEN Vascular Graft and Disadvantaged Autologous Vein Graft for Below-Knee Arterial Bypass.

2009    Sub-Investigator. Abbott Vascular Solutions, Inc.:  A Prospective, Non-Randomized, Two-Arm, Multi-Center Clinical Trial To Evaluate The Safety and Efficacy of the ABSOLUTE PRO™ Peripheral Self-Expanding Stent System and the OMNILINK ELITE™ Peripheral Balloon-Expandable Stent System in Subjects with  Atherosclerotic De Novo or Restenotic Lesions in  the Native Common Iliac Artery and/or  Native External Iliac Artery. (Abbott Mobility).

2009    Sub-Investigator.  Medtronic Vascular, Inc.:  Endurant® Stent Graft System US Clinical Study.

2009    Sub-Investigator. W.L. Gore & Associates, Inc.:  Evaluation of the GORE Conformable TAG® Thoracic Endoprosthesis for the Primary Treatment of   Aneurysm of the Desending Thoracic Aorta. (GORE 08-03).

2010    Sub-Investigator.  W.L. Gore & Associates, Inc.:  Evaluation of the GORE Conformable TAG® Thoracic Endoprosthesis for Treatment of Acute Complicated Type B Aortic Dissection. (GORE 08-01).

2009    Sub-Investigator.  Merck & Co., Inc.:  A Randomized Clinical Trial to Evaluate the Effects of High Dose Statin and Niacin Therapy on Excised  Plaque Biomarkers in Patients Undergoing Carotid Endarterectomy (CEA).

2010    Sub-Investigator Investigator.  Ev3 Endovascular Inc.:  Determination of Effectiveness of the SilverHawk®Peripheral Plaque Excision System (SilverHawk Device) for the Treatment of Infrainguinal Vessels / Lower Extremities (DEFINITIVE LE).

2010    Sub-Investigator.  Maquet Cardiovascular:  Comparison of Safety and Primary Patency Between FUSION™ Vascular Graft, FUSION™ Vascular Graft with   BiolinE, and EXXCEL™ Soft ePTFE (FINEST).

2010    Sub-Investigator. Biomet Biologics.: MarrowStim™ PAD Kit for the Treatment of Critical Limb Ischemia (CLI) in Subjects with Severe Peripheral Arterial Disease (PAD).

2010    Sub-Investigator. Terumo Medical Corporation:  OSPREY: Occlusive/Stenotic Peripheral Artery Revascularization Study: A Multi-center clinical trial of the Misago™ Self Expanding Stent System for Superficial Femoral Artery.

2010    Sub-Investigator. TriVascular Inc.: A Pivotal Clinical Study to Evaluate the Safety and Effectiveness of the TriVascular AAA Stent Graft System.

2011    Sub-Investigator.  Medtronic Vascular, Inc.:  Evaluation of the Clinical Performance of the Valiant Thoracic Stent Graft with the Captivia Delivery System for the Endovascular Treatment of Blunt Thoracic Aortic Injuries (RESCUE).

2012    Sub-Investigator. Endologix, Inc.:  Prospective, Multicenter, Single Arm Safety and Effectiveness Trial of the Endologix Fenestrated Stent Graft System for the Endovascular Repair of Juxtarenal/Pararenal (JAA/PAA) Aneurysm (VENTANA).

2012    Sub-Investigator.  Nycomed Danmak ApS:  A randomized, open label, parallel group, multi-center trial to compare efficacy and safety of TachoSil® versus Surgicel® Original for the secondary hemostatic treatment of needle hole bleeding in vascular surgery.

2013    Sub-Investigator.  Aptus Endosystems, Inc.: Anchor-Aneurysm Treatment using the HeliFX Aortic Securement System Global Registry.

2013    Sub-Investigator. W.L. Gore & Associates, Inc.: GREAT (Global Registry for Endovascular Aortic Treatment Outcomes Evaluation).

2013    Sub-Investigator. W. L. Gore & Associates, Inc.: Evaluation of the GORE® EXCLUDER® Iliac Branch Endoprosthesis for the Treatment of Common Iliac Artery Aneurysms or Aorto-iliac Aneurysms (IBE 12-04).

2013   Sub-Investigator. AbbVie Inc.: A Phase 2b, Randomized, Double-Blind, Placebo-Controlled, Safety and Efficacy Trial of Multiple Dosing Regimens of ABT-719 for the Prevention of Acute Kidney Injury in Subjects Undergoing High Risk Major Surgery.

2014   Sub-Investigator. Cook Incorporated: Evaluation of the Zilver® Vena™ Venous Stent in the Treatment of Symptomatic Iliofemoral Venous Outflow Obstruction (VIVO Clinical Study).

2014   Sub-Investigator. Harvest Technologies Corp.: Pivotal Study of the Safety and Effectiveness of Autologous Bone Marrow Aspirate Concentrate (BMAC) for the treatment of Critical Limb Ischemia due to Peripheral Arterial Occlusive Disease.

2014   Sub-Investigator. Bolton Medical, Inc: A Phase II Clinical Study of the Safety and Performance of the Treovance Stent-Graft with Navitel Delivery System for Patients With Infrarenal Abdominal Aortic Aneurysms.

2014   Sub-Investigator. Volcano Corporation: Venogram vs. IVUS for Diagnosing Iliac Vein Obstruction (VIDIO).

2014   Sub-Investigator. Medtronic Vascular, Inc.: VALIANT MONA LSA Thoracic Stent Graft system feasibility study.

2014   Sub-Investigator. NIH/NHLBI: BEST-CLI Trial: Randomized, Multicenter, Controlled Trial to Compare Best Endovascular versus Best Surgical Therapy in Patients with Critical Limb Ischemia.

2015   Sub-Investigator. Veryan Medical Ltd: MIMICS-2: Evaluation of the Safety and Effectiveness of the BioMimics 3DTM Stent System in the Femoropopliteal Arteries of Patients with Symptomatic Peripheral Arterial Disease.

2015   Sub-Investigator.  Bayer, Inc.:  Vascular Outcomes Study of ASA Along with Rivaroxaban in Endovascular or Surgical limb Revascularization for Peripheral Artery Disease (VOYAGER).  University of Alabama at Birmingham, Birmingham, AL.

## BIBLIOGRAPHY:

## MANUSCRIPTS

### Published

1. May AK, **Patterson MA**, Rue LW III; *"Combined Blunt Cardiac and pericardial Rupture: Review of the Literature and Report of a New Diagnostic Algorithm". Amer. Surg* 1999; 65(6):568-74.

2. **Patterson MA**, Leville CD, Hower CD; *"Shear Force Regulates Matrix Metalloprotenase Activity in Human Saphenous Vein Organ Culture". J Surg Res* 2001; 95:67-72.

3. **Patterson, MA**, Jean-Claude JM, Crain MR; *"Lessons Learned in Adopting Endovascular Techniques for Aneurysm Repair". Arch. Surg* 2001; 136(6):627-634.

4. LeCroy CJ, **Patterson MA**, Taylor SM; *"Effect of Warfarin Anticoagulation on Below-Knee Polytetrafluoroethylene Graft Patency. Ann Vasc Surg* 2005; 19(2):192-8.

5. Vaddinen SK, Russo GC, **Patterson MA,** Taylor SM, Jordan WD Jr. *"Ruptured Abdominal Aortic Aneurysm: A Retrospective Assessment of Open vs. Endovascular Repair." Ann Vasc Surg 2005;* 19(6):782-6.

6. Vaddineni SK, Taylor SM, **Patterson MA**, Jordan WD Jr.   *"Outcome after celiac artery coverage during endovascular thoracic aortic aneurysm repair: Preliminary results."* J Vas Surg 2007, Mar; 45(3):467-71.

7. LeCroy CJ., Passman MA, Taylor SM, **Patterson MA**, Combs BR, Jordan W D Jr. *"Should Endovascular Repair Be Used for Small Abdominal Aortic Aneurysms?"* Vascular and Endovascular Surgery, April/May 2008; 42(2):113-119; discussion 120-1.

8. Pearce BJ, Passman MA, **Patterson MA**, Taylor SM, LeCroy CJ, Combs, BR, Jordan WD Jr. *"Early Outcomes of Thoracic Endovascular Stent-Graft Repair for Acute Complicated Type B Dissection Using the Gore TAG Endoprosthesis."* Ann Vasc Surg 2008; 22:742-749.

9. Killingsworth CD, Passman MA, Weinberg JA, Taylor SM, **Patterson MA**, McGwin JR. G, Melton SM, Rue LW, Jordan WD Jr.   *"Prospective Implementation of an Algorithm for Bedside Intravascular Ultrasound Guided Filter Placement in Critically Ill Patients."* J Vasc Surg, 2010; 51(5):1215-21.

10. Keith CJ Jr, Passman, MA, Carignan MJ, Parmar GM, Nagre SB, **Patterson M,** Taylor SM, Jordan WD Jr. *"Protocol implementation of selective postoperative lumbar spinal drainage after thoracic aortic endograft"* J Vasc Surg. 2012 Jan; 55(1):1-8; discussion 8.

11. Yamaguchi DJ, Mujib M, Matthew TC, Passman MA, **Patterson MA,** Taylor SM, Jordan WD. *(Abstract) "Survival Comparison of Patients Undergoing Secondary Aortic Repair."* J Vasc Surg 2011; 54(6):185.

12. Nagre SB, Taylor SM, Passman MA, **Patterson M,** Passman MA, Combs BR, Lowman BG, Jordan WD Jr. *"Evaluating outcomes of endoleak discrepancies between computed tomography scan and ultrasound imaging after endovascular abdominal aneurysm repair."* Ann Vasc Surg. 2011 Jan;25 (1):94-100.

13. Quinney BE, Parmar GM, Nagre SB, **Patterson M,** Passman MA, Taylor S, Chambers J, Jordan *WD "Long-term single institution comparison of endovascular aneurysm repair and open aortic aneurysm repair."* J Vasc Surg. 2011 Dec; 54(6):1592-7 discussion 1597-1598.

14. Keith CJ, Passman MA, Carignan MJ, Parmar GM, Nagre SB, **Patterson MA**, Taylor SM, Jordan WD.  *"Protocol implementation of selective postoperative lumbar spinal drainage after thoracic aortic endograft."*  J Vasc Surg. 2012, 55:1-8.

15. Alcocer F, Mujib M, Lowman B, **Patterson M**, Passman MA, Matthews TC, Jordan WD Jr. "*Risk Scoring System to Predict 3-year Survival in Patients Treated for Asymptomatic Carotid Stenosis.*" J Vasc Surg 2013; 57 (6):1576-1580.

16. Mujib M, Alcocer F, **Patterson MA**, Passman MA, Taylor SM, Matthews TC, Jordan WD Jr.  "*Secondary Procedures and Long-term Morbidity & Mortality Following Endovascular and Open Repair of Abdominal Aortic Aneurysm*." Vascular Disease Management 2013; 10(7):124-129

17. Parmar G, Lowman B, Combs BR, Taylor SM, **Patterson MA**, Passman MA, Jordan WD Jr.  "*Effect of Lipid Modifying Drug Therapy on Survival After Abdominal Aortic Aneurysm Repair*." J Vasc Surg 2013; 58(2):355-63

18. Keith CJ, Passman MA, Gaffud MJ, Novak Z, Pearce BJ, Matthews TC, **Patterson MA**, Jordan WD Jr. "*Comparison Outcomes following Endovascular Repair of Abdominal Aortic Aneurysms Based on Size Threshold.*" J Vasc Surg 2013; 58(6):1458-1466.

19. Glocker RJ, Novak Z, Matthews TC, **Patterson MA**, Jordan WD Jr, Pearce BJ, Passman MA.  "*Factors Affecting Gunther Tulip and Cook Celect Inferior Vena Cava Filter (IVCF) Retrieval Success."*  J Vasc Surg Venous Lymphat Disord 2014; 2(1):21-25.

20. Glocker RJ, Awonuga O, Novak Z, Pearce BJ, **Patterson MA**, Matthews TC, Jordan WD Jr, Passman MA. "*Bedside inferior vena cava filter placement by intravascular ultrasound in critically ill patients is safe and effective for an extended time*." J Vasc Surg Venous Lymphat Disord 2014; 2(4):377-382

21. Rose MK, Pearce BJ, Matthews TC, **Patterson MA**, Passman MA, Jordan WD Jr. "*Outcomes after celiac artery coverage during thoracic endovascular aortic aneurysm repair*." J Vasc Surg 2015; 62(1):36-42.

22. Yamaguchi D, Matthews T, Mujib M, Passman M, **Patterson M**, Combs B, Jordan W. "*Survival Comparison of Patients Undergoing Secondary Aortic Repair*." Advances in Vascular Medicine; Volume 2015, Article ID 395921, http://dx.doi.org/10.1155/2015/395921

23. Leithead CC, Matthews TC, Pearce BJ, Novak Z, **Patterson MA**, Passman MA, Jordan WD Jr.  "*Analysis of Emergency Vascular Surgery Consults Within a Tertiary Healthcare System."*  J Vasc Surg 2016 Jan; 63(1):177-81

**In Submission**

1. Abdul-Haqq R, Novak Z, Pearce BJ, Matthews TC, Patterson MA, Jordan WD Jr, Passman MA.  Routine Follow-up Surveillance of Iliac Vein Stents for Iliocaval Venous Obstruction May Not Be Warranted.  Submitted Journal of Vascular Surgery July 2016

**In Preparation**

1. Luke JB III, Novak Z, **Patterson MA**, Passman MA, Matthews TC, Pearce BJ, Jordan WD Jr.  "*Type 2 Endoleak Following EVAR is Associated with Aneurysm Expansion Without a Negative Impact on Survival*"

2. Novak Z, Pearce BJ, Matthews TC, Passman MA, **Patterson MA**, Jordan WD Jr.  "*Clinical Outcomes After Repair of Renal Artery Aneurysms*"

3. McFarland G, Pearce BJ, **Patterson MA**, Novak Z, Passman M, Matthews TC, Jordan WD Jr.  "*Hybrid Procedures for Critical Limb Ischemia have Lower Patency than Patients Undergoing Standard Femoral-Tibial Bypass with All Autologous Conduit*"

4. Novak Z, Pearce BJ, **Patterson MA**, Matthews TC, Passman MA, Jordan WD Jr.  "*Experience with CHIMPS Endovascular Techniques and Outcomes in Comparison with Propensity Matched Controls*"

5. Pearce BJ, Novak Z, Matthews TC, Passman MA, **Patterson MA**, Jordan WD Jr.  "*Impact of HbA1c on Limb Salvage in Patients Undergoing Vascular Intervention*"

6. May MM, Passman MA, Novak Z, Glocker RJ, Pearce BJ, Matthews TC, **Patterson MA**, Jordan WD Jr.  "*Clinical Practice Trends of Inferior Vena Cava Filter (IVCF) Utilization at a Single Tertiary Care Center Over a 14 Year Period*"

7. McFarland G, Pearce BJ, **Patterson MA**, Novak Z, Passman MA, Matthews TC, Jordan WD Jr.  "*Hybrid Procedures for Critical Limb Ischemia have Lower Patency than Patients Undergoing Standard Femoral-Tibial Bypass with All Autologous Conduit*"


## BOOKS:

### Book Chapters

**Patterson MA** and Towne JB.  "Intraoperative Carotid Duplex Examination." In Pearce, WH, Yao, JST, editors.  *Advances in Vascular Surgery*.  Chicago: Precept Press; 2002: 79-8.

**Patterson MA** and Jordan WD Jr.  "Non-neurologic Complications Associated with Carotid Stenting."  Pearce WH, Matsumura JS and Yao JST, editors.  *Trends in Vascular Surgery 2006: New Techniques and Technologies in Vascular Surgery*.  Evanston, IL: Parmentier Publishing Services; 2006.

**Patterson MA.**  "Endovascular Composite Sequential bypass Using Covered SFA Graft and Vein Bypass for Distal Reconstruction."  In Darling III RC and Ozaki CK, editors.  *Vascular Surgery: Hybrid, Venous, Dialysis Access, Thoracic Outlet and Lower Extremity Procedures*.  Philadelphia, PA:  Wolters Kluwer Health; 2016.

**ABSTRACTS:**

**Published**

1. Quinney BE, Nagre SB, Taylor SM, Passman MA, **Patterson MA**, Combs BR, Lowman BG, Jordan WD. SS4. *"Secondary vascular interventions after EVAR"*. *J Vasc Surg*, 2010; 51(6, Supplement):5S-6S.

2. Keith CJ, Passman MA, **Patterson MA**, Taylor SM, Jordan WD. *"Protocol implementation of selective postoperative lumbar spinal drainage after thoracic aortic endograft. J Vasc Surg*, 2010; 52(6):1740.

3. Quinney BE, Nagre SB, Passman MA, **Patterson MA**, Taylor SM, Combs BR, Lowman BG, Jordan WD. *"Long-term secondary procedures after aneurism repair: Is EVAR really worse than open repair." J Vasc Surg*, 2010; 52(6) 1731.

4. Chambers JG, Nagre SB, **Patterson MA**, Taylor SM, Passman MA, Jordan WD. *"Delayed Conversions After Endovascular Abdominal Aortic Aneurysm Repair." J Vasc Surg*, 2010; 51(4): 1068.

5. Parmar GM, Lowman B, Combs BR, Taylor SM, **Patterson MA**, Passman MA, Jordan WD. *"Effect of lipid modifying drug therapy on aortic aneurysm repair." J Vasc Surg* 2011; 53(6) Supplement; 11S.

6. Yamaguchi DJ, Mujib M, Matthew TC, Passman MA, **Patterson MA**, Taylor SM, Jordan WD. *"Survival Comparison of Patients Undergoing Secondary Aortic Repair." J Vasc Surg* 2011; 54(6):1859.

7. Horn JS, Passman MA, Taylor SM, Matthews TC**, Patterson MA**, Jordan WD. *"Left Ovarian Vein to Caval Transposition and Pelvic Varicose Vein Embolization for Left Renal Vein Nutcracker Compression causing Pelvic Venous Congestion."* PVSS – Peripheral vascular Surgery Society, Vail, CO, January 27-29, 2012.

8. Farrington, WJ, Sampson JB, Mujib M, Passman MA, **Patterson MA**, Taylor SM, Matthews, Jordan WD Jr. *"Aortic Remodeling following TEVAR in Acute and Chronic Type B Dissection."* SCVS – Society for Clinical Vascular Surgery, Las Vegas, NV, March 14-17, 2012.

9. Sampson J, Mujib M, **Patterson MA**, Passman MA, Matthews TC, Jordan WD Jr. "*Outcomes Following TEVAR for Acute & Chronic Type B Aortic Dissection*." Peripheral Vascular Surgery Society, National Harbor, MD, June 6, 2012.

10. Mujib M, **Patterson MA**, Passman MA, Matthews TC, Jordan WD Jr. "*Endovascular (vs Open) Repair of Abdominal Aortic Aneurysm Improves Long Term Survival Independent of Patient Risk Factors: A Propensity Matched Study*." VEITH Symposium, New York, NY, November 14-18, 2012.

11. Keith CJ Jr, Passman MA, Gaffud MJ, Novak Z, Mujib MU, Matthews TC, **Patterson MA**, Jordan WD Jr.  "*Comparison of Long-term Outcomes Following Endovascular Repair of Abdominal Aortic Aneurysms Based on Size Threshold.*"  Southern Association for Vascular Surgery, Paradise Island, Bahamas, January 23-26, 2013.

12. Yamaguchi D, **Patterson MA**, Matthews TC, Passman MA, Jordan WD Jr.  "*A Comparison of Open TAAA Repair vs Hybrid Repair:  Single Institution Series.*"  Society for Clinical Vascular Surgery, Miami, FL, March 12-16, 2013.

13. Novak Z, Passman MA, Matthews TC, **Patterson MA**, Jordan WD Jr.  *"Clinical Outcomes After Repair of Renal Artery Aneurysms."*  Vascular Annual Meeting, San Francisco, CA, May 30-June 1, 2013.

14. Glocker RJ, Novak Z, Matthews TC, **Patterson MA**, Jordan WD Jr, Passman MA.  "*Factors Affecting Inferior Vena Cava Filter (IVCF) Retrieval Success."*  Peripheral Vascular Surgery Society, San Francisco, CA, May 29, 2013.

15. Glocker, RJ, Awonuga O, Novak Z, Pearce B, Matthews T, **Patterson M**, Jordan WD Jr, Passman M.  "*Bedside Vena Cava Filter Placement Using Intravascular Ultrasound:  A Five Year Experience in Critically Ill Patients.*"  Southern Association for Vascular Surgery, Palm Beach, Florida, January 15-18, 2014.

16. Patel S, Novak Z, Corrick R, Karam J, Matthews TC, Pearce BJ, Passman MA, **Patterson MA**, Jordan WD Jr.  " *Remote Stroke is Associated with Worse Survival in Patients with Asymptomatic Carotid Artery Stenosis Treated Medically.*"  Peripheral Vascular Surgery Society, Steamboat Springs, CO, January 30-February 2, 2014.

17. Luke JB III, Novak Z, **Patterson MA**, Passman MA, Matthews TC, Pearce BJ, Jordan WD Jr.  "*Type 2 Endoleak Following EVAR is Associated with Aneurysm Expansion Without a Negative Impact on Survival.*"  Society for Clinical Vascular Surgery, Carlsbad, CA, March 18-22, 2014.

18. Novak Z, Pearce BJ, **Patterson MA**, Matthews TC, Passman MA, Jordan WD Jr.  "*Experience with CHIMPS Endovascular Techniques and Outcomes in Comparison with Propensity Matched Controls.*"  Society for Clinical Vascular Surgery, Carlsbad, CA, March 18-22, 2014.

19. Rose M, Pearce B, Passman M, Matthews T, **Patterson M**, Jordan WD.  "*Long-Term Results of Intentional Celiac Artery Coverage During Endovascular Thoracic Aortic Aneurysm Repair.*"  Midwestern Vascular Surgery Society, Coralville, IA, September 4-6, 2014.

20. Pearce BJ, Novak Z, Matthews TC, Passman MA, **Patterson MA**, Jordan WD Jr.  "*Impact of HbA1c on Limb Salvage in Patients Undergoing Vascular Intervention.*"  Vascular Annual Meeting, Chicago, IL, June 17-20, 2015.

21. May MM, Passman MA, Novak Z, Glocker RJ, Pearce BJ, Matthews TC, **Patterson MA**, Jordan WD Jr.  "*Clinical Practice Trends of Inferior Vena Cava Filter (IVCF) Utilization at a Single Tertiary Care Center Over a 14 Year Period*."  Vascular Annual Meeting, Chicago, IL, June 17-20, 2015.

22. Novak Z, Pearce B, Parmar G, Matthews TC, **Patterson MA**, Passman MA, Jordan WD Jr.  "*Validation of WiFi System to Predict Limb Salvage and Mortality*."  Southern Association for Vascular Surgery, Cancun, Mexico, January 20-23, 2016.

23. Abdul-Haqq R, Novak Z, Pearce BJ, Matthews TC, **Patterson MA**, Jordan WD Jr, Passman MA.  "*Is Routine Follow-up Surveillance of Iliac Vein Stents for Iliocaval Venous Obstruction Necessary?*" American Venous Forum 28th Annual Meeting, Orlando, FL, February 24-26, 2016.

## Presentations

1. "*Rotational Myoplasty: An Effective Treatment for Covering Exposed or infected Vascular Structures Associated with Complicated Inguinal Wounds.*"  Presented: Scientific Session IX: Lower Extremity Ischemia I, 26th World Congress of the International Society for Cardiovascular Surgery, Maui, Hawaii, March 2004.

2. LeCroy CJ, **Patterson MA**, Taylor SM, Westfall AO, Jordan WD Jr. " *Effect of Warfarin Anticoagulation on Below-Knee Polytetrafluoroethylene Graft patency.*" Peripheral Vascular Surgery Society, Annual Spring Meeting, Anaheim, CA June 2004.

3. Vaddineni SK, Russo GC, **Patterson MA,** Taylor SM, Jordan WD Jr. "*Ruptured Abdominal Aortic Aneurysm: A Retrospective Assessment of Open vs. Endovascular Repair.*"  Peripheral Vascular Surgery Society, 15th Annual Spring Meeting, Steamboat Springs, CO January 2005.

4. Vaddinen SK, Taylor SM, Russo GC, **Patterson MA,** Jordan WD Jr. "*Crossing Iliac Artery Occlusions for Endovascular Abdominal Aortic Aneurysm Repair: A Viable

Option.*" Peripheral Vascular Surgery Society Annual Spring Meeting, Chicago, IL, June 2005.

5. LeCroy CJ, **Patterson MA**, Taylor SM, Russo GC, Combs BR, Kellum M, Jordan WD Jr. "*Lower Extremity Complications Following Endovascular Abdominal Aortic Aneurysm Repair:  Midterm Results from a Concurrent Series.*" Presented at Southern Association for Vascular Surgery Winter Meeting, Phoenix AZ, January 2006.

6. Taylor SM, **Patterson MA**, Passman MA, Combs BR, Jordan WD Jr. "*Combined Sequential Catheter and Open revascularization for Limb Salvage Revisualization: A Viable Option*" Peripheral Vascular Surgery Society, 2007 Winter Meeting, Steamboat Springs, CO,  January 2007.

7.  Carignan MJ, Passman MA, Taylor SM, **Patterson MA**, Combs BR, Jordan WD Jr. *"Expectant Post-operative Lumbar Spinal Drainage after Thoracic Aortic Endografts."* Presented at 32nd Annual Spring Meeting Peripheral Vascular Surgery Society.  Baltimore, MD, June 2007.

8.  LeCroy CJ, Passman MA, Taylor SM, **Patterson MA**, Combs BR, Jordan WD Jr. *"Should Endovascular Repair be Used for Small Abdominal Aortic Aneurysms?"* Peripheral Vascular Surgery Society 32nd Annual Spring Meeting.  Baltimore, MD, June 2007.

9.  Matthews TC, **Patterson MA**, Taylor SM, Passman MA, Lin HY, Combs BR, Jordan WD Jr.   *"A Modern Appraisal of Outcomes Associated with Carotid Endarterectomy Performed Using General and Regional Anesthesia."* Southern Association for Vascular Surgery 32nd Annual Meeting, Naples, FL, January 2008.

10. Pearce BJ, Passman MA, **Patterson MA**, Taylor SM, Combs BR, Jordan WD Jr. *"Early outcomes of thoracic endovascular stent graft repair for acute complicated type B dissection using Gore TAG® endoprosthesis."* Peripheral Vascular Surgery Society 18th Annual Winter Meeting, Snowmass, CO,  January 2008.

11. Pearce BJ, Passman MA, **Patterson MA**, Taylor SM, Combs BR, Jordan WD Jr. *"Early outcomes of thoracic endovascular stent graft repair for acute complicated type B dissection using Gore TAG® endoprosthesis."* Alabama Vascular Society Spring 2008 Meeting, Point Clear, AL, May 2008.

12. Matthews TC, **Patterson MA**, Taylor SM, Passman MA, Lin HY, Gleysteen JJ, Jordan WD.   *"A Retrospective Review of Mortality and Morbidity after Carotid Endarterectomy Considering Anesthesia Modality."* Association of VA Surgeons 32nd Annual Meeting, Dallas, TX, May, 2008.

13. Killingsworth CD, Passman MA, Weinberg JA, Taylor SM, **Patterson MA**, McGwin G Jr, Melton SM, Rue LW, Jordan WD Jr.   *"Prospective Implementation of an Algorithm for Bedside Intravascular Ultrasound Guided Filter Placement in Critically Ill Patients."* American Venous Forum 21st Annual Meeting, Phoenix, AZ, February, 2009.

14. Killingsworth CD, Passman MA, Weinberg JA, Taylor SM, **Patterson MA**, McGwin G Jr, Melton SM, Rue LW, Jordan WD Jr. *"Prospective Implementation of an Algorithm for Bedside Intravascular Ultrasound Guided Filter Placement in Critically Ill Patient."* Alabama Vascular Society Spring Meeting, Birmingham, AL, March 2009.

15. Gaffud MJ, Passman MA, LeCroy CJ, **Patterson MA**, Taylor SM, Combs BR, Jordan WD Jr. *"Endovascular Repair of Infrarenal Abdominal Aortic Aneurysms Based on Size: Comparison of Patient Outcomes Using Modular Stent Graft Designs."* Society for Clinical Vascular Surgery 37th Annual Symposium, Fort Lauderdale, FL, March 2009.

16. Gaffud MJ, Passman MA, LeCroy CJ, **Patterson MA**, Taylor SM, Combs BR, Jordan WD Jr. *"Endovascular Repair of Infrarenal Abdominal Aortic Aneurysms Based on Size: Comparison of Patient Outcomes Using Modular Stent Graft Designs."* Alabama Vascular Society Spring Meeting, Birmingham, AL, 2009.

17. Chambers JG, Nagre SB, **Patterson MA**, Taylor SM, Passman MA, Jordan WD. *"Delayed conversions after endovascular abdominal aortic aneurysm repair."* 38th Annual Symposium Society for Clinical Vascular Surgery, Scottsdale, AZ, April 2010.

18. Quinney BE, Nagre SB, Taylor SM, Passman MA, **Patterson MA**, Combs BR, Lowman BG, Jordan WD. SS4. *"Secondary Vascular Interventions after EVAR"*. Society of Vascular Surgery 63rd Annual Meeting, Boston MA, June 2010.

19. Quinney B, Matthews T, Nagre S, Sampson J, Horn J, Taylor S, Passman M, **Patterson M**, Combs B, Lowman B, Jordan W, *"Long-term secondary procedures after aneurysm: is EVAR really worse than open repair?"* Southern Association Vascular Surgery Annual Meeting, Naples, FL, January 2011.

20. Keith CJ, Passman MA, **Patterson MA**, Taylor SM, Jordan WD. *"Protocol implementation of selective postoperative lumbar spinal drainage after thoracic aortic endograft."* Southern Association for Vascular Surgery 35th Annual Meeting, Naples, FL, January 2011.

21. Matthews TC, **Patterson MA**, Parmar GM, Taylor SM, Jordan WD, Passman MA. *"Carotid Endarterectomy for Veteran Patients: A Modern 10 Year Experience."* Association of VA Surgeons 35th Annual Meeting, Irving, CA, April 2011.

22. Matthews TC, **Patterson MA**, Parmar GM, Taylor SM, Passman MA, Jordan WD. *"A 10 Year Appraisal of Carotid Endarterectomy – Stroke Free Survival and Recurrence of Disease."* Florida Vascular Society 24th Annual Meeting, Palm Beach, FL, April 2011.

23. Parmar GM, Lowman BG, **Patterson MA**, Taylor SM, Passman MA, Jordan WD. *"Effect of Lipid Modifying Drug Therapy on Aortic Aneurysm Repair."* Peripheral Vascular Surgery Society/Southern Vascular Society Annual Meeting, Chicago, IL, June 2011.

24. Horn JS, Passman MA, Taylor SM, Matthews TC, **Patterson MA**, Jordan WD. *Left Ovarian Vein to Caval Transposition and Pelvic Varicose Vein Embolization for Left Renal Vein Nutcracker Compression causing Pelvic Venous Congestion.* Peripheral Vascular Surgery Society, Vail CO, January 2012.

25. Yamaguchi DJ, Mujib M, Matthews TC, Passman MA, **Patterson MA**, Taylor SM, Lowman BG, Combs BR, Jordan WD. *Survival Comparison of Patients undergoing Secondary Aortic Repair.* Southern Association of Vascular Surgery, Scottsdale, AZ, January 2012.

26. Farrington, WJ, Sampson JB, Mujib M, Passman MA, **Patterson MA**, Taylor SM, Matthews, Jordan WD, *"Aortic Remodeling Following TEVAR in Acute and Chronic Type B Dissection."* Society Clinical Vascular Society, Las Vegas, NV, March 2012.

27. Sampson J, Mujib M, **Patterson MA**, Passman MA, Matthews TC, Jordan WD. *Outcomes following TEVAR for acute type B dissection.* Peripheral Vascular Surgery Society, National Harbor, MD, June 2012.

28. Mujib MU, Passman MA, Alcocer FA, Matthews TC, **Patterson MA**, Combs BR, Lowman BG, Jordan WD Jr. *Changing Trend of Mortality Rate from Ruptured and Non-ruptured Abdominal Aortic Aneurysm in Last Three Decades in USA.* Society of Vascular Surgery Annual Meeting - National Harbor, MD, June 2012.

29. Alcocer FA, Mujib MA, Horn J, Passman MA, **Patterson MA**, Matthews TC, Jordan WD Jr. *Risk Scoring System to Predict Three-Year Survival in Patients Treated for Asymptomatic Carotid Stents.* Society of Vascular Surgery Annual Meeting - National Harbor, MD, June 2012.

30. Nolte RN, **Patterson MA**, Matthews TC, Taylor SM, Mujib M, Passman MA, Jordan WD. *"Predictors of Primary Amputation in Patients with Lower Extremity Arterial Occlusive Disease."* American College of Surgeons, Chicago, IL, October 2012.

31. Keith CJ, Passman MA, Gaffud MJ, Novak Z, Mujib MU, Matthews TC, **Patterson MA,** Jordan WD. *"Comparison of Long-term Outcomes following Endovascular Repair of Abdominal Aortic Aneurysms Based on Size Threshold."* 37th Annual Southern Association for Vascular Surgery. Bahamas, January 23-26, 2013.

32. Patel SB, Novak Z, Corrick R, Matthews TC, Pearce BJ, Passman MA, **Patterson MA**, Karam JR, Jordan WD, Jr. *"Remote Stroke is Associated with Worse Survival in Patients with Asymptomatic Carotid Artery Stenosis Treated Medically."* 24th Annual Winter Meeting Peripheral Vascular Surgery Society, Steamboat Springs, CO, January 30 – February 1, 2013.

33. Yamaguchi DJ, **Patterson MA**, Matthews TC, Passman MA, Jordan WD. *"A Comparison of Open TAAA Repair vs Hybrid Repair: Single Institution Series."* 41st Annual Symposium Society for Clinical Vascular Surgery, Miami, FL. March 12-16, 2013.

34. Salisbury CD, Matthews TC, **Patterson MA**, Passman MA, Jordan WD Jr. *"Revisiting the Natural History of Aortic Aneurysms."* Society for Clinical Vascular Surgery Annual Meeting, Miami Beach, FL, March 12-16, 2013.

35. Novak Z, Passman MA, Matthews TC, **Patterson MA**, Jordan WD Jr. *"Clinical Outcomes after Repair of Renal Artery Aneurysms."* Vascular Annual Meeting, San Francisco, CA, May 30-June 1, 2013.

36. Glocker RJ, Novak Z, Matthews TC, **Patterson MA**, Jordan WD Jr, Passman MA. "*Factors Affecting Inferior Vena Cava Filter (IVCF) Retrieval Success.*" Peripheral Vascular Surgery Society, San Francisco, CA, May 29, 2013.

37. Glocker RJ, Awonuga O, Pearce BJ, Matthews TC, Novak Z, **Patterson MA**, Jordan WD, Passman MA. "*Bedside vena cava filter placement using intravascular ultrasound: A five year experience in critically ill patients*." 38th Annual Meeting Southern Association for Vascular Surgery, Palm Beach, FL, January 15-18, 2014.

38. Novak Z, Pearce BJ, **Patterson MA**, Matthews TC, Passman MA, Jordan WD, Jr. "*Outcomes of CHIMPS Endovascular Techniques Compared with Propensity Matched Controls*." 42nd Annual Symposium Society for Clinical Vascular Surgery, Carlsbad, CA, March 18-22, 2014.

39. Luke JB, III, Novak Z, **Patterson MA**, Passman MA**,** Matthews TC, Pearce BJ, Jordan WD, Jr. "*Type 2 Endoleak Following EVAR is Associated with Aneurysm Expansion Without a Negative Impact on Survival*." 42nd Annual Symposium Society for Clinical Vascular Surgery, Carlsbad, CA, March 18-22, 2014.

40. Rose M, Pearce BJ, Passman MA, Mathews TC, **Patterson MA**, Jordan WD. "*Long-term outcomes of celiac artery coverage during thoracic aortic aneurysm repair*." 2014 Annual Meeting Midwestern Vascular, Coralville, IA, September 4-6, 2014.

41. Pearce BJ, Novak Z, Matthews TC, Passman MA, **Patterson MA**, Jordan, WD Jr. "*Impact of HbA$_{1c}$ on Limb Salvage in Patients Undergoing Vascular Intervention*." Vascular Annual Meeting - 68[th] Annual Meeting Society of Vascular Surgery, 2015 Spring Meeting Peripheral Vascular Surgery Society, Chicago, IL, June 17-20, 2015.

42. Novak Z, Pearce B, Parmar G, Matthews TC, **Patterson MA**, Passman MA, Jordan WD Jr. "*Validation of WiFi System to Predict Limb Salvage and Mortality*." Southern Association for Vascular Surgery, Cancun, Mexico, January 20-23, 2016.

43. Abdul-Haqq R, Novak Z, Pearce BJ, Matthews TC, **Patterson MA**, Jordan WD Jr, Passman MA. Is Routine Follow-up Surveillance of Iliac Vein Stents for Iliocaval Venous Obstruction Necessary? American Venous Forum 28th Annual Meeting, Orlando, FL, February 24-26, 2016.


**POSTER EXHIBITS:**

*Combined Blunt Cardiac and Pericardial Rupture: Review of the Literature and Report of a New Diagnostic Algorithm.* Poster Presentation at Southeastern Surgical Congress 67[th]Annual Scientific Meeting, Tampa, FL, February 1999.

Matthews TC**, Patterson MA**, Taylor SM, Passman MA, Lin HY, Combs BR, Gleysteen JJ, Jordan WD. *A Retrospective Review of Mortality and Morbidity after Carotid Endarterectomy Considering Anesthesia Modality* Poster Presentation at the

32nd Annual Meeting of the Association of VA Surgeons, Dallas, TX, May 2008.

Keith CJ, Passman MA, **Patterson MA**, Taylor SM, Jordan WD.  *Protocol Implementation of Selective Postoperative Lumbar Spinal Drainage after Thoracic Aortic Endograft.*  Poster Presentation at 2010 Medical Student Research Day. University of Alabama at Birmingham, School of Medicine.  Birmingham, AL, October  2010.

Alcocer F, Mujib M, Horn J, Passman MA, **Patterson MA**, Matthews TC, Jordan WD. *Risk Scoring System to Predict Three Year Survival in Patients treated for Asymptomatic Carotid Stenosis.*  Society of Vascular Surgery, National Harbor, MD, June 2012.

Mujib M, Passman MA, Alcocer F, Matthews TC, **Patterson MA**, Combs BR, Lowman BG, Jordan WD. *Changing Trend of Mortality Rate from Ruptured and Non-ruptured Abdominal Aortic Aneurysm in Last Three Decades in USA.*  Society of Vascular Surgery, National Harbor, MD, June 2012.

Nolte, Nicholas R, **Patterson MA**, Matthews, TC, Mujib M, Passman, MA, Jordan, WD. *"Predictors of Primary Amputation in Patients with Lower Extremity Arterial Occlusive Disease"* American College of Surgeons, Chicago, IL September 2012.

Salisbury CD, Matthews TC, **Patterson MA**, Passman MA, Jordan WD Jr. *"Revisiting the Natural History of Aortic Aneurysms."*  Society for Clinical Vascular Surgery Annual Meeting, Miami Beach, FL, March 12-16, 2013.

Leithead C, Matthews T, Pearce B, Novak Z, **Patterson M**, Passman M, Jordan W. *"Analysis of Emergency Vascular Surgery Consults Within a Tertiary Healthcare System."* Society for Clinical Vascular Surgeons, Miami, FL, March 29-April 2, 2015.

May MM, Passman MA, Novak Z, Glocker RJ, Pearce BJ, Matthews TC, **Patterson MA**, Jordan WD Jr.  *"Clinical Practice Trends of Inferior Vena Cava Filter (IVCF) Utilization at a Single Tertiary Care Center Over a 14 Year Period."*  Vascular Annual Meeting, Chicago, IL, June 17-20, 2015.


## ORAL PRESENTATIONS:

*Preoperative Vein Mapping Predicts Lower Extremity Arterial Graft Patency.* Southern Association for Vascular Surgery, 23rd Annual Meeting Naples, FL, January 1999.

*Preoperative Vein Mapping Predicts Lower Extremity Arterial Graft Patency.*  First Annual Resident Research Day, University of Alabama Birmingham Department of Surgery, Birmingham, AL, May 1999.

*Surgical Management of Vascular Graft Infections.* Department of Surgery Grand Rounds, University of Alabama at Birmingham, Birmingham, AL, May 1999.

*Preoperative Vein Mapping Predicts Lower Extremity Arterial Graft Patency.*
Alabama Chapter, American College of Surgeons, Annual meeting, Point Clear, AL,
April 1999.

*Lessons learned in Adopting Endovascular Techniques for Aneurysm Repair.*
Western Surgical Association, 2000 Annual Scientific Session, Dana Point,
California, November 2000.

*Endovascular Aneurysm Repair-State of the Art*.  Case of the Month Presentation,
Anderson Area Medical Center, Anderson, SC, October 2002.

*Rotational Myoplasty: An Effective Treatment for Covering Exposed or infected
Vascular Structures Associated with Complicated Inguinal Wounds*.  Scientific
Session IX: Lower Extremity Ischemia I, 26th World Congress of the International
Society for Cardiovascular Surgery, Maui, Hawaii, March 2004.

*Duplex Ultrasound and Vascular Surgery*.  Surgery Grand Rounds, UAB
Department of Surgery, University of Alabama at Birmingham, Birmingham,
Alabama, October  2004.

*Endovascular Aneurysm Repair:  Past, Present and Future*, Internal Medicine Grand
Rounds, University of Alabama School of Medicine, Montgomery Internal Medicine
Residency Program, Montgomery, AL, December 2004.

*Lower Extremity Reconstruction in 2006,* University Hospital 2006 Vascular Surgery
Update, Margaret Cameron Spain Auditorium, Birmingham, AL, May 2006.

*Peripheral Arterial Disease and Lower Extremity Reconstruction*, UAB Hospital,
2008 Vascular Nursing Conference, Margaret Cameron Spain Auditorium,
Birmingham, AL, March 2008.

*"Comprehensive Management of Lower Extremity Occlusive Disease"*, Surgery
Grand Rounds, UAB Department of Surgery, Birmingham, AL, August 2008.

*"Vascular Surgery: What We Do and Why We Do It"*, Grand Rounds, UAB
Department of Anesthesiology, Birmingham, AL, May 2009.

*"Carotid Revascularization 2010: Deciphering the Alphabet Soup"*, Grand Rounds,
UAB Department of Anesthesiology, Birmingham, AL, September 2010.

"*Contemporary Evaluation and Therapies for Lower Extremity Occlusive Diseases"*
VA Medical Center Ground Rounds, Montgomery, AL, October 2011.

*"Where Have All the Surgeons Gone?"* Surgery Grand Rounds, UAB Department of
Surgery, University of Alabama at Birmingham, March 13, 2014.