FILED

2017 Jan-31  PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CAROLYN JEFFERSON, as the** | ) | |
| **Personal Representative of the** | ) | |
| **Estate of Tanisha Jefferson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 5:14-cv-01959-AKK** |
| | ) | |
| **ADVANCED CORRECTIONAL** | ) | |
| **HEALTHCARE, INC.; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS', ADVANCED CORRECTIONAL HEALTHCARE, INC., NORMAN JOHNSON, M.D., JANICE ROBINSON, MARY ANN JONES, DEE FLORENCE, DOUGLASS SMITH, TAMMY MASON, AND MICHELLE KIRK, MOTION TO STRIKE AND EXCLUDE OPINIONS AND REPORT OF PLAINTIFF'S EXPERT WITNESS MARK PATTERSON, M.D.

COME NOW the Defendants, Advanced Correctional Healthcare, Inc., Norman Johnson, M.D., Janice Robinson, Mary Ann Jones, Dee Florence, Douglass Smith, Tammy Mason, and Michelle Kirk, and respectfully submit the following Motion to Strike and Exclude Opinions and Report of Plaintiff's Expert Witness Mark Patterson, M.D. In support of their motion, Defendants state as follows:

1.      On January 13, 2017, Plaintiff filed her Expert Disclosures identifying Denise M. Panosky, as her liability Expert Witness (Doc. 68).

2.      On January 13, 2017, Plaintiff also filed her Motion to Modify Scheduling Order to Extend Expert Witness Deadlines by 14 days (Doc. 69).  This was the third time Plaintiff's counsel requested an extension for filing expert witness reports.

3.      Plaintiff's counsel specifically requested additional time to retain an expert to address medical causation. Plaintiff stated he was "in the process of retaining a second expert to address medical causation issues. Plaintiff hopes to be able to provide a report by next week, but, to allow for unforeseen problems, plaintiff is requesting an extension of 14 days." (Doc. 69). There was no request to retain another standard of care expert witness.

4.      On January 27, 2017, Plaintiff filed its Supplemental Expert Witness Disclosures identifying Mark Patterson, M.D. as an expert (Doc. 72).

5.      On January 30, 2017, this Court entered an Order granting Plaintiff's Motion for Extension of Time (Doc. 73) stating that "consistent with the Motion," Plaintiff's expert deadline was extended to January 27, 2017 along with Defendant's new expert disclosure deadline of February 27, 2017.  Plaintiff's motion only requested the extension to get her expert on medical causation issues and not to name an additional standard of care witness.

6.    Plaintiff's attempt to retain not only a medical causation expert but also an additional standard of care expert is not consistent with her Motion nor is it consistent with this Court's Order.

7.    As evidence that Dr. Patterson's expert witness report is being introduced as an additional standard of care expert, Dr. Patterson stated that "Ms. Jefferson received inadequate and negligent care during her incarceration which culminated in her demise." (Exhibit 2A of Doc. 72).

8.    Allowing Plaintiff's counsel to retain an additional standard of care expert despite numerous extensions is clearly prejudicial to Defendants and their defense of this matter as well as inconsistent with Plaintiff's request and this Court's order on the motion. As such, Dr. Patterson's opinions regarding the standard of care should be excluded.

WHEREFORE, Defendants respectfully request this Court enter an Order granting this Motion to Strike and Exclude Opinions and Report of Plaintiff's Expert Witness Mark Patterson, M.D.

Respectfully submitted,

*s/ H.C. Ireland, III*
H.C. Ireland, III
(ASB-9915-D66H)
Attorney for Defendants *Advanced Correctional Healthcare, Inc., Norman Johnson, M.D., Janice Robinson, Mary Ann Jones, Dee Florence, Douglass Smith, Tammy Mason, and Michelle Kirk*

Porterfield, Harper, Mills, Motlow & Ireland, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
Telephone: (205) 980-5000
Facsimile: (205) 980-5001
Email: ireland@phm-law.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CAROLYN JEFFERSON, as the<br>Personal Representative of the<br>Estate of Tanisha Jefferson, | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 5:14-cv-01959-AKK |
| | ) | |
| ADVANCED CORRECTIONAL<br>HEALTHCARE, INC.; et al., | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

Henry F. Sherrod, III, Esq.
HENRY F. SHERROD, III, P.C.
119 South Court Street
P.O. Box 606
Florence, Alabama 35631-0606
Telephone: 256-764-4141
Facsimile: 877-684-0802
E-mail: hank@alcivilrights.com

George W. Royer, Jr., Esq.
David J. Canupp, Esq.
LANIER, FORD, SHAVER & PAYNE, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, AL 35805
Telephone: 256-535-1100
Facsimile: 256-533-9322
E-mail: gwr@lanierford.com
E-mail: djc@lanierford.com

T. Kelly May, Esq.
H. Cannon Lawley, Esq.
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: 205-251-1193
Facsimile: 205-251-1256
E-mail: kmay@huielaw.com
E-mail: cannon@huielaw.com

Harold Stephens, Esq.
Harold "Hal" Mooty, Esq.
BRADLEY ARANT ROSE & WHITE, LLP
200 Clinton Avenue West
Suite 900
Huntsville, Alabama   35801
Telephone: 256-517-5100
Facsimile: 256-517-5200
E-mail: hstephens@babc.com
E-mail: hmooty@babc.com

John P. Burbach, Esq.
L. Franklin Corley, IV, Esq.
SIROTE & PERMUTT, P.C.
305 Church Street, Suite 800
Post Office Box 18248
Huntsville, Alabama 35804-8248
Telephone: 256-536-1711
Facsimile: 256-518-3681
E-mail: jburbach@sirote.com
E-mail: fcorley@sirote.com

Jerry D. Roberson, Esq.
ROBERSON & ROBERSON
818 20th Street
P.O. Box 657
Hayleyville, AL 35565
Telephone: 205-485-1020
Facsimile: 205-485-2660
E-mail: jerry@jdrlaw.org

William R. Andrews, Esq.
Richard J. Riley, Esq.
MARSH RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600D
Birmingham, AL 35209
Telephone: 205-879-1981
Facsimile: 205-879-1986
E-mail: ripandrews@mrblaw.com
E-mail: rriley@mrblaw.com

*s/ H.C. Ireland, III*                              
OF COUNSEL

7