IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CAROLYN JEFFERSON, as the personal representative of the Estate of TANISHA JEFFERSON,<br><br>  Plaintiff,<br><br>v.<br><br>MADISON COUNTY, ALABAMA, et al.,<br><br>  Defendants. | Case No.: 5:14-cv-01959-AKK |

STIPULATION FOR DISMISSAL OF FEWER
THAN ALL PARTIES AND CLAIMS

Plaintiff Carolyn Jefferson, personal representative of the Estate of Tanisha Jefferson, deceased, and Defendants Sheriff Blake Dorning, Jerry Morrison, personal representative of the Estate of Steve Morrison, deceased, Dr. Arthur M. Williams, Dr. Norman R. Johnson, Mary Ann Jones, Darlyn Florence, Douglass Smith, Tammy Mason, Michelle Kirk, Madison County, Alabama and Advanced Correctional Healthcare, Inc., by and through their respective counsel of record, stipulate and agree pursuant to Rule 41, Fed. R. Civ Proc., that this action may be dismissed, with prejudice, as to the following Defendants only: (1) Sheriff Blake Dorning, (2) Jerry Morrison, personal representative of the Estate of Steve Morrison, deceased, (3) Dr. Arthur M. Williams, (4) Dr. Norman R. Johnson, (5) Mary Ann Jones, (6) Darlyn

Florence, (7) Douglass Smith, (8) Tammy Mason and (9) Michelle Kirk. It is further stipulated that each party to bear their own costs and attorneys fees.

_____
Henry F. Sherrod, III

Henry F. Sherrod III, P.C.
119 South Court Street (35630)
P.O. Box 606
Florence, AL 35631-0606
Phone: 256-764-4141 / Fax: 877-684-0802
E-mail: hank@alcivilrights.com

Attorney for Plaintiff Carolyn Jefferson

_____
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, AL 35805
Phone: 256-535-1100 /Fax: 256-533-9322
E-mail:   gwr@LanierFord.com

Attorney for Defendant Blake Dorning

_____
T. Kelly May

Huie, Fernambucq & Stewart, LLP.
Three Protective Center
2801 Highway 280 South, Ste. 200
Birmingham, AL 35223-2484
Phone: (205) 251-1193
E-mail: kmay@huielaw.com

Attorney for Defendant Jerry Morrison
Administrator of the Estate of Steve Morrison

_____
H. Harold Stephens

BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801
Phone:  256-517-5100
Fax: 256-517-5200
Email: hstephens@babc.com

Attorney for Arthur M. Williams, M.D.

/s/ Horace Cecil Ireland, III
_____
Horace Cecil Ireland, III

PORTERFIELD HARPER MILLS MOTLOW & IRELAND PA
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242
Phone: 205-980-5000
Fax: 205-980-5001
Email: ireland@phm-law.com

Attorney for Defendants Dr. Norman R. Johnson,
Mary Ann Jones, Darlyn Florence, Douglass Smith,
Tammy Mason and Michelle Kirk

/s/ John P. Burbach
John P. Burbach

Sirote & Permutt, P.C.
305 Church Street, Ste. 800
Huntsville, AL 35801
Phone: 256-536-1711
E-mail: jburbach@sirote.com

Attorney for Defendant Madison County, Alabama