# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CAROLYN JEFFERSON**, as the personal representative of the Estate of Tanisha Jefferson<br><br>**Plaintiff,**<br><br>vs.<br><br>**MADISON COUNTY, ALABAMA,** et al.,<br><br>**Defendants.** | Civil Action Number<br>5:14-cv-1959-AKK |

## ORDER

The court has for consideration Defendants' Motion to Strike and Exclude Opinions and Report of Plaintiff's Expert Witness Mark Patterson, M.D., in which Defendants contend that Dr. Patterson's expert witness report is an impermissible attempt to obtain a "standard of care" expert rather than the Plaintiff's stated intent to obtain a "medical causation" expert. *See generally* docs. 74 and 76. Having reviewed Dr. Patterson's opinion, although it is broad, the court notes that Plaintiff asked for an additional expert to opine on causation, *see* doc. 69, and Dr. Patterson has opined that inadequate care caused Ms. Jefferson's death, *see* doc. 72-1. As such, because Dr. Patterson's opinion is consistent with the scope of Plaintiff's request, the motion to strike is **DENIED**.

In light of this Order, to the extent Defendants require an expert to rebut Dr. Patterson's opinion, Defendants are allowed until August 10, 2017 to obtain such

1

an expert. As to Dr. Patterson, assuming Defendants have not already deposed him, and any rebuttal expert, the deadline for discovery is extended to August 31, 2017.

**DONE** the 10th day of July, 2017.

                                **ABDUL K. KALLON**
                            UNITED STATES DISTRICT JUDGE