FILED
2017 Jul-24 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| CAROLYN JEFFERSON, as the Personal Representative of the Estate of Tanisha Jefferson, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CASE NO. 5:14-cv-01959-IPJ<br>) |
| ADVANCED CORRECTIONAL HEALTHCARE, INC.; et al., | )<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW counsel for the Plaintiff and all remaining Defendants in this matter and stipulate to the Court that this matter has been resolved and, pursuant to agreement of the parties, this matter should be dismissed, with prejudice.

    Respectfully submitted,

_s/_ _____
H.C. IRELAND, III
(ASB-9915-D66H; IRELH9915)
PORTERFIELD, HARPER, MILLS, MOTLOW &
    IRELAND, PA
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
Telephone: 205-980-5000
Facsimile: 205-980-5001
E-mail: ireland@phm-law.com

/s/ L. Frank Corley IV
JOHN P. BURBACH
L. FRANKLIN CORLEY, IV
SIROTE & PERMUTT, PC
305 Church Street, Suite 800
Post Office Box 18248
Huntsville, Alabama 35804-8248
Telephone: 256-536-1711
Facsimile: 256-518-3681
E-mail: jburbach@sirote.com
E-mail: fcorley@sirote.com

s/ *[signature]*
HENRY F. SHERROD, III
HENRY F. SHERROD, III, P.C.
119 South Court Street
Florence, Alabama 35631-0606
Telephone: 256-764-4141
E-mail: hank@alcivilrights.com