# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CAROLYN JEFFERSON, as the personal representative of the Estate of Tanisha Jefferson,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )   Civil Action Number<br>)   **5:14-cv-01959-AKK** |
| **MADISON COUNTY,** *et al.***,** | )<br>) |
| **Defendants.** | ) |

## ORDER

Pursuant to the stipulation of dismissal, doc. 86, this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs. The Clerk is **DIRECTED** to close this file.

**DONE** the 25th day of July, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE